## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PETER MICHAEL GUEVARA,

          Petitioner,

v.

JOHN R. TUNHEIM; UNKNOWN AND
NAMED    FEDERAL    JUDICIAL
OFFICERS    AND    STAFF;    and
SHERBURNE              COUNTY
CORRECTIONAL    OFFICER    AND
SUPERVISORS,

          Respondent.

Case No. 26-CV-1089 (NEB/EMB)

ORDER

Pro se petitioner and prisoner Peter Michael Guevara filed a petition for writ of mandamus. (ECF No. 1.) The petition asserts that Guevara's complaint against a judge was not handled properly and resulted in retaliation. The petition asks the Court to "[i]ssue a writ of mandamus directing Respondents to properly process and refer Petitioner's judicial-misconduct complaints"; "[o]rder preservation and production of all responsive records and communications"; "[e]njoin further retaliatory acts related to Petitioner's protected activity"; and "[g]rant such other relief as justice requires." (*Id.* at 8.)

United States Magistrate Judge Elsa M. Bullard, on preliminary review, recommends denying the petition as frivolous for several reasons: The Petition provides no basis to believe that Guevara has filed a judicial-misconduct complaint that has not been acted upon. (ECF No. 7 at 4.) There is no reason to believe that preservation of records and other forward-looking ministerial duties are not already being carried out. (*Id.*) And the requested relief shows that Guevara wants his judicial-misconduct complaints to be resolved in a specific manner and with a specific outcome, which is

outside of the scope of mandamus. (*Id.* at 3–4); *see Heckler v. Ringer*, 466 U.S. 602, 616 (1984) ("The common-law writ of mandamus, as codified in 28 U.S.C. § 1361, is intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if the defendant owes him a clear nondiscretionary duty.").

Guevara objects to the Report and Recommendation (ECF No. 9) and moves for leave to amend the petition (ECF No. 10). The Court overrules the objections to the Report and Recommendation and denies the motion for leave to amend as futile. *See Hillesheim v. Myron's Cards & Gifts, Inc.*, 897 F.3d 953, 955 (8th Cir. 2018) (standard for futility). Both the objection and the proposed amendment are difficult to follow, but nothing in either of them impacts Judge Bullard's analysis. The Petition (and the Amended Petition) are factually and legally frivolous for the reasons outlined by Judge Bullard. The allegations are entirely conclusory, and the requested relief is outside the scope of the writ of mandamus. The Court adopts the Report and Recommendation and denies the Petition.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.      Guevara's objection (ECF No. 9) is OVERRULED;

2.      The Report and Recommendation (ECF No. 7) is ACCEPTED;

3.      The petition for a writ of mandamus of petitioner Peter Michael Guevara (ECF No. 1) is DENIED AS FRIVOLOUS;

4.      This matter is DISMISSED under 28 U.S.C. § 1915A(b);

5.     Guevara's application to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT;

6.     Mr. Guevara's order for prison officials to be directed to provide a copy of his prison trust account statement (ECF No. 3) is DENIED AS MOOT;

7.     Mr. Guevara's Motions for Extension of Time (ECF Nos. 5–6) is DENIED AS MOOT;

8.     Mr. Guevara is directed to pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Mr. Guevara is confined;

9.     Guevara's Motion to Update Official Mailing Address (ECF No. 8) is DENIED AS MOOT;

10.    Guevara's Motion for Leave to Amend Petition (ECF No. 10) is DENIED; and

11.    Guevara's Motion for Order to Preserve Evidence (ECF No. 12) is DENIED AS MOOT.

Dated: May 1,  2026                           BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge

3